**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| HERSHEY SPRINGS FARM, LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:23-cv-03751-JLS |
| | : | |
| THE CROWN HEIGHTS MEAT STORE, INC., | : | |
| *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 11th day of March, 2026, upon consideration of the Defendants' motion to dismiss for lack of personal jurisdiction and Plaintiff's response thereto, it is hereby ORDERED that the motion [Doc. 12] is DENIED.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**